No. 99–89.  BOGAN ET AL. *v.* HODGKINS.  C. A. 2d Cir.  Certiorari denied.

No. 99–92.  HOLLINGSWORTH & VOSE CO. *v.* RUCKSTUHL.  Sup. Ct. La.  Certiorari denied.

No. 99–219.  CASTILLO ET AL. *v.* CITY OF ROUND ROCK ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 99–284.  PAPA *v.* KATY INDUSTRIES, INC., ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 99–315.  COOPER *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 99–340.  HOSSAIN *v.* IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 9th Cir.  Certiorari denied.

No. 99–345.  UNITED STATES *v.* COOK COUNTY ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 99–368.  WILSON *v.* AREA PLAN COMMISSION OF EVANSVILLE AND VANDERBURGH COUNTY ET AL.  Ct. App. Ind.  Certiorari denied.

No. 99–373.  SHANNON *v.* CONSOLIDATED FREIGHTWAYS CORP. ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 99–463.  SULLIVAN *v.* RIVER VALLEY SCHOOL BOARD ET AL.  Ct. App. Mich.  Certiorari denied.

No. 99–467.  TRICE *v.* BOARD OF TRUSTEES FOR OKOLONA MUNICIPAL SEPARATE SCHOOL DISTRICT ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 99–469.  KARAVAN TRAILERS, INC. *v.* MIDWEST INDUSTRIES, INC.  C. A.  Fed. Cir.  Certiorari denied.

No. 99–471.  SANDAGE ET UX. *v.* BANKHEAD ENTERPRISES, INC., DBA BANKHEAD TRANSPORTATION EQUIPMENT CO.  C. A. 8th Cir.  Certiorari denied.

No. 99–476.  VALENCE TECHNOLOGY, INC., ET AL. *v.* BERRY ET AL.  C. A. 9th Cir.  Certiorari denied.